

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

# O R D E R

Appellant filed his notice of appeal on January 6, 2015. The clerk's record and reporter's record were due on February 6, 2015. Neither record has been filed. The trial court clerk has filed a notification of late record stating that appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to appeal without paying the fee. In addition, appellant has filed a "Motion for Extension to File Appellant's Designation of Clerk's Record" requesting fourteen days' additional time to designate the contents of the clerk's record. *See* TEX. R. APP. P. 34.5(b).

Appellant's motion is GRANTED in part. It is ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that **either** (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee and the contents of the clerk's record have been designated, <u>and</u> (2) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b)(1), and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; **or** (3) appellant is entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.



_____
Keith E. Hottle
Clerk of Court